Dismissed and Memorandum Opinion filed March 9, 2006









Dismissed and Memorandum Opinion filed March 9, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00786-CV

____________

 

INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA, BY AND THROUGH ITS THIRD PARTY ADMINISTRATOR, GALLAGHER BASSETT
SERVICES, INC., Appellant

 

V.

 

PEDUS BUILDING SERVICES, INC. AND
UNKNOWN EMPLOYEES, AGENTS, AND/OR SERVANTS OF PEDUS BUILDING SERVICES AND OTHER
UNKNOWN PARTIES OR CORPORATIONS OR PRINCIPLES, Appellees

 



 

On Appeal from the
281st District Court

 Harris County, Texas

Trial Court Cause
No.
02-29026

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 27, 2005.

On March 2, 2006, the parties filed a motion to dismiss the
appeal in order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed March 9, 2006.

Panel consists of Justices Hudson, Fowler, and
Seymore.